UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON TECHNOLOGIES INC. et al,<br><br>　　　　　Plaintiffs,<br>　v.<br>LI QIANG et al,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-01060-TL<br><br>ORDER OF REFERRAL |

The Court issues this Order *sua sponte*. Pursuant to *In re: Amazon Counterfeit Enforcement Litigation*, General Order 03-23 (Mar. 7, 2023) of this District, the Court hereby refers all issues related to service of Defendants to the Magistrate Judges designated by General Order 03-23.

Dated this 19th day of July 2023.

　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF REFERRAL - 1