The Honorable Tana Lin
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON TECHNOLOGIES, INC., a Nevada corporation; AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LI QIANG, an individual; SHENZHEN YINXI ELECTRONIC COMMERCE CO., LTD., a Chinese corporation; and DOES 1-10,<br><br>Defendants. | No. C23-1060-TL-SKV<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH *EX PARTE* MOTION FOR ALTERNATIVE SERVICE |

THIS MATTER came before the Court on the *Ex Parte* Motion by Plaintiffs Amazon Technologies, Inc., Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") for leave to file an over-length e*x parte* motion for alternative service ("Motion"). Dkt. 9. The Court, having considered Amazon's Motion and finding good cause, hereby ORDERS:

1. Amazon's Motion is **GRANTED**.

2. Amazon is authorized to file over-length brief in support of their Motion not to

/ / /

/ / /

/ / /

[~~PROPOSED~~] ORDER GRANTING *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 1
(C23-1060-TL-SKV)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

exceed 2,300 words.

SO ORDERED this 25th day of October, 2023.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

[PROPOSED] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(C23-1060-TL-SKV)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax