The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON TECHNOLOGIES, INC., a Nevada corporation; AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LI QIANG, an individual; SHENZHEN YINXI ELECTRONIC COMMERCE CO., LTD., a Chinese corporation; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-01060-TL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS LI QIANG AND SHENZHEN YINXI ELECTRONIC COMMERCE CO., LTD. |

THIS MATTER came before the Court on Plaintiffs *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction Against Defendants Li Qiang and Shenzhen Yinxi Electronic Commerce Co., Ltd. brought by Plaintiffs Amazon Technologies, Inc., Amazon.com, Inc., and Amazon.com Services LLC (collectively, "Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered the Motion and

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:23-CV-01060-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 7,300 words.

SO ORDERED this 25th day of March, 2024.

_____
THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6890
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:23-CV-01060-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax